```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                   CASE NO. 08-14034-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

WENDY RAMIREZ-AFANADOR,

       Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on July 31, 2008. A Report and Recommendation filed on August 5, 2008 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of August, 2008.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Ryon M. McCabe, Esq.
        Diana Acosta, AUSA
```